IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Mark Harris,<br><br>Plaintiff,<br><br>vs.<br><br>The Boeing Company and Nelson Akwari,<br><br>Defendants. | ) | CIVIL ACTION NO. 2:25-cv-3834-DCN-MGB<br><br>**RULE 26.01 RESPONSES** |

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE: None.

B. As to each claim, state whether it should be tried jury or non-jury and why.

RESPONSE: Plaintiff has demanded a jury trial on all claims.

C. State whether the party submitting these responses is a publicly owned company and separately identify. (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

RESPONSE: The Plaintiff is an individual.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

RESPONSE: The Plaintiff worked for the Defendant in Orangeburg County, South Carolina and he was subjected to reprisal, harassment, and discrimination at that location; however, a substantial amount of a acts that led to his termination were perpetrated within the Charleston Division. Plaintiff is a resident of Berkeley County, within the Charleston Division. Defendant Boeing conducts substantial business in Charleston County, South Carolina, and its local operations are centered at its North Charleston campus. Defendant Akwari, upon information and belief, is a resident of Dorchester County, South Carolina.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide : (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

RESPONSE: No.

GIBBS & HOLMES

BY: __s/Tim Lewis__
Allan R. Holmes (Fed ID#1925)
Timothy O. Lewis (Fed ID# 9864)
171 Church Street, Suite 110
Post Office Box 938
Charleston, S.C. 29402
(803) 722-0033

ATTORNEYS FOR THE PLAINTIFF

Charleston, South Carolina

May 6, 2025