**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Mark Harris,<br><br>Plaintiff,<br><br>vs.<br><br>The Boeing Company and Nelson Akwari,<br><br>Defendants. | Case No. 2:25-cv-03834-DCN-MGB |

**DEFENDANTS' NOTICE OF FILING AFFIDAVITS OF RECORDS CUSTODIANS**

Defendants The Boeing Company ("Boeing" or "Defendant") and Nelson Akwari, by and through its undersigned counsel, intend to issue subpoenas for employment records and medical records from the following entities:

- GKN Westland Aerospace, Inc, 641 South Lawrence Street, Montgomery, AL 36104;
- TIGHITCO, Inc., 100 Coastal Drive, Suite 210, Charleston, SC 29492; and
- Ralph H. Johnson VA Medical Center, 109 Bee Street, Charleston, SC 29401.

Defendants reserve the right to call the Records Custodians for the above-referenced entities as witnesses at trial. Defendant further reserves the right to amend this filing as additional document certifications are received.

*[SIGNATURE PAGE TO FOLLOW]*

Respectfully submitted this 9th day of January 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

s/ *Ryan Van Buren*______________
Ryan Van Buren (Fed. ID # 14059)
211 King Street, Suite 200
Charleston, SC 29401
Phone: 843.779.6311
ryan.vanburen@ogletree.com

D. Michael Henthorne (Fed. ID #6386)
First Base Building
2142 Boyce Street – Suite 401
Columbia, SC 29201
Phone: 803.252.1300
michael.henthorne@ogletree.com

*Attorneys for Defendants*